UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                            14-CR-399 (S-1) (ENV)

ABRAXAS J. DISCALA,
    also known as "AJ Discala,"
IRA SHAPIRO,
CRAIG JOSEPHBERG,
    also known as "Jobo,"
KYLEEN CANE,
DARREN GOODRICH,
DARREN OFSINK and
MICHAEL MORRIS,

        Defendants.

- - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Christopher L. Nasson from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Christopher L. Nasson
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 5th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6411
    Fax: (718) 254-7499
    Email: chris.nasson@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Christopher L. Nasson at the email address set forth above.

Dated:  Brooklyn, New York
        January 7, 2016

                                      Respectfully submitted,

                                      ROBERT L. CAPERS
                                      United States Attorney

                          By:    /s/ Christopher L. Nasson
                                      Christopher L. Nasson
                                      Assistant U.S. Attorney

cc:     Clerk of the Court (ENV)