

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SCJ/PH/MEB
F. #2013R01203

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 5, 2018

<u>Via E-mail</u>

Charles A. Ross, Esq.
Trinity Centre
111 Broadway, Suite 1401
New York, NY 10006

Roland G. Riopelle
Sercarz & Riopelle LLP
810 Seventh Avenue, Suite 620
New York, NY 10019

Amy Walsh, Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Maranda E. Fritz, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017

Re:  United States v. Discala, et al.
     <u>Criminal Docket No. 14-399 (S-1) (ENV)</u>

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes supplemental discovery with respect to the above-referenced matter. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery.

Attached are the following documents:

| | |
|---|---|
| V. Azrak Documents | EDNY-ITEN-000426137 to EDNY-ITEN-000426252 |
| Hagen Documents | EDNY-ITEN-000426253 to EDNY-ITEN-000426286 |

Defense Counsel
January 5, 2018
Page 2

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

          Very truly yours,

          RICHARD P. DONOGHUE
          UNITED STATES ATTORNEY
          Acting United States Attorney

By:    /s/
          Shannon C. Jones
          Patrick Hein
          Mark E. Bini
          Assistant U.S. Attorneys
          (718) 254-6379 (Jones)

Encl.
Cc:    Clerk of Court (ENV) (by ECF w/o encl.)