DOCKET NUMBER: 14cr399 (ENV)                    Date: 4/20/2018

CRIMINAL CAUSE FOR Jury Trial- Day 12

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO                  TIME IN COURT: 4 hours

<u>DEFENDANT'S NAME</u>                          <u>DEFENDANT'S ATTORNEY</u>

Abraxas J. Discala                               Charles Ross
                                                 Matthew Shroyer
                                                 Andrew Bowman
                                                 Hanwei Cheng

Kyleen Cane                                      Roland Riopelle
                                                 Robert Caliendo

X    Present      ☐    Not Present    ☐    Custody    X    <u>Not Custody</u>

☐    Federal Defender    ☐ CJA        X    Retained

A.U.S.A.: Shannon Jones. Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Victoria Torres-Butler

INTERPRETER: n/a           LANGUAGE:

X    Witnesses called. Exhibits entered.