DOCKET NUMBER: 14cr399 (ENV)　　　　　　　　　Date: 4/24/2018

CRIMINAL CAUSE FOR Jury Trial- Day 14

Date Received By Docket Clerk:_____　　Docket Clerk Initials:_____

BEFORE JUDGE: ERIC N. VITALIANO　　　　　　　TIME IN COURT: 5 hours

### DEFENDANT'S NAME

Abraxas J. Discala

### DEFENDANT'S ATTORNEY

Charles Ross
Matthew Shroyer
Andrew Bowman
Hanwei Cheng

Kyleen Cane　　　　　　　　　　　　　　　　　Roland Riopelle
　　　　　　　　　　　　　　　　　　　　　　　Robert Caliendo

X　Present　　☐　Not Present　　　☐　Custody　　X　Not Custody

☐　Federal Defender　　☐　CJA　　　X　Retained

A.U.S.A.: Shannon Jones. Patrick Hein and Mark Bini

CASE MANAGER: William Villanueva

COURT REPORTER: Richard Barry

INTERPRETER: n/a　　　　　LANGUAGE:

X　Witnesses called. Exhibits entered.