```
                                        FILED
                                   IN CLERK'S OFFICE
                                 US DISTRICT COURT E.D.N.Y.

                                  ★  MAY 21, 2018  ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------   BROOKLYN OFFICE
```

UNITED STATES OF AMERICA            :       14 CR 399 (ENV)

    -against-                 :       **ORDER EXONERATING BAIL**

KYLEEN CANE,                        :

        Defendant.         :

------------------------------------------------------------X

IT IS HEREBY ORDERED, upon the application of counsel for defendant Kyleen Cane, that Ms. Cane's personal recognizance bond in this matter is hereby exonerated and released, and that all suretors on Ms. Cane's personal recognizance bond and all property posted as security for Ms. Cane's personal recognizance bond are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that the Pre-Trial Services Agency release custody of Ms. Cane's passport and deliver it to her, upon presentation by her to the Pretrial Services Agency of a copy of this order.

MAY 1 7 2018    IT IS SO ORDERED/

                                                 /S/ USDJ ERIC N. VITALIANO
                                               HON. ERIC N. VITALIAIANO
                                               U. S. D. J.